

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00474-CR

The **STATE** of Texas,
Appellant

v.

Hendrea D. **MASSIE**,
Appellee

From the 12th Judicial District Court, Walker County, Texas
Trial Court No. 26,173
Honorable Jerry A. Sandel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the State's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED.

SIGNED October 30, 2013.

Catherine Stone, Chief Justice